IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-293-BO

| | | |
|---|---|---|
| ANDREW C. DAVIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ANTHONY DENOME and STATE OF | ) | |
| NORTH CAROLINA, | ) | |
|     Defendants. | ) | |

This cause comes before the Court on plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and for frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff has also filed a motion asking to be released from Central Regional Hospital, which is a state-run psychiatric hospital in Butner, NC.

Plaintiff has demonstrated the inability to pay the required costs of court. His application to proceed *in forma pauperis* [DE 9] is GRANTED. The clerk is DIRECTED to file the complaint.

A claim proceeding *in forma pauperis* may be dismissed at any time if it is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). A complaint is frivolous if "it lacks an arguable basis either in law or fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A plaintiff proceeding *in forma pauperis* must "meet certain minimum standards of rationality and specificity," and delusional or fantastic claims which are clearly baseless are subject to dismissal. *Adams v. Rice*, 40 F.3d 72, 74 (4th Cir. 1994). A court may also dismiss all or any part of a complaint which fails to state a claim upon which relief can be granted or which seeks money damages from a defendant immune from such recovery. 28 U.S.C. § 1915(e)(2)(B).

Plaintiff's complaint alleges that he was moved between group homes, that his legal guardian allowed one of the group homes to put his personal property into storage, and that he objects to certain medical care he received from a doctor at Atrium Health. He also alleges that the FBI and Secret Service have tampered with his mail.

It is readily apparent that there are no cognizable claims. Accordingly, the complaint is properly DISMISSED AS FRIVOLOUS. The motion for release from Central Regional Hospital [DE 13] is without a legal basis and is DENIED.

SO ORDERED, this __10__ day of August, 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE